12

From: The District Court of the Seventh Judicial District. County of Dawson.

STATE OF MONTANA, Plaintiff, vs. JAMES EDWARD GIBSON, Defendant.

Received at State Prison 12/13/67—Receiving Stolen Property—5 years.

NO. 19

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years, imposed on December 11, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is this prisoner has four prior felony convictions together with a long arrest record. After careful consideration of all the facts in this case, it is the opinion of the Board that he was treated very generously by the sentencing judge and that his present sentence should not be reduced.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Fourth Judicial District. County of Missoula.

STATE OF MONTANA, Plaintiff, vs. HAROLD F. GREGG, Defendant.

Receive dat State Prison 5/20/60—Murder, second.

NO. 29

## DECISION

The application of the above-named defendant for a review of the sentence of life, imposed on the 20th day of May, 1960, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be reduced to 45 years.

The reason for the above decision is that this prisoner, sentenced to life for second degree murder, has no prior criminal record, is now 73 years of age and has spent the last eight years in prison where his record is that his progress is average and above, and that his work habits, attitude towards supervision and authority is good.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

The action taken herein is not to be construed as being any indication whatever that the Sentence Review Division feels the same should influence, in any way, any other official, Board or person.